## 53520. FOSTER v. THE STATE.

SMITH, Judge.

The issues in this pro se appeal by Foster were adjudicated in our decision in the appeal of the same case by Foster's attorney. *Foster v. State,* 142 Ga. App. 805. This appeal, therefore, is dismissed.

*Appeal dismissed. Bell, C. J., and McMurray, J., concur.*

ARGUED FEBRUARY 28, 1977 — DECIDED APRIL 14, 1977.

James W. Foster, *pro se.*

Lewis R. Slaton, District Attorney, Joseph J. Drolet, Donald J. Stein, Assistant District Attorneys, for appellee.